## UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

MILLARD WILLIAMS,                                          CIVIL NO. 10-4850 (MJD/TNL)

      PLAINTIFF,

V.

MICHAEL J. ASTRUE, COMMISSIONER OF                    **ORDER**
SOCIAL SECURITY,

      DEFENDANT.

      Millard Williams, 3510 6th Street North, Minneapolis MN 55412, pro se Plaintiff.

      Lonnie F. Brian, Assistant United States Attorney, 600 United States Courthouse, 300 South Fourth Street, Minneapolis MN 55415, for Defendant

      Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung, dated June 16, 2011, with all the files and records, and no objections having been filed to said Recommendation, **IT IS HEREBY ORDERED** that Plaintiff's Complaint (Docket No. 1) is **DISMISSED WITH PREJUDICE. LET JUDGMENT BE ENTERED.**

Dated: July 21, 2011

                                        s/Michael J. Davis
                                        Chief Judge Michael J. Davis
                                        United States District Court
                                        For the District of Minnesota